## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL POSEY | Case No. 2:24-mj-00125-KFW |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Gregory Squire, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I have been employed as a Special Agent of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since 2007, and am currently assigned to the Portland, Maine Field office. As part of my duties, I am authorized to investigate violations of the laws of the United States, including but not limited to criminal violations relating to the sexual exploitation of children, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, and 2252A. For the past eight years I have specialized in dark web investigations, with a focus on child sexual abuse and child pornography websites. I am an active member of a multinational, multi-agency working group that coordinates national and international operations to combat child exploitation on the dark web and to rescue children from abusers who are active on the dark web. As an agent in the Portland Field Office, I frequently participate in the execution of search warrants involving child exploitation and pornography, and I work closely with HSI forensic specialists throughout these investigations and prosecutions.

2.  I make this affidavit in support of a Criminal Complaint charging MICHAEL POSEY with one count of advertisement of child pornography, in violation of

Title 18, United States Code, Section 2251(d)(1)(A). The information contained in this affidavit is based upon my participation in the investigation, discussion with other law enforcement officers, as well as my training and experience as a criminal investigator. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested arrest warrant.

## STATEMENT OF PROBABLE CAUSE

3. As part of an ongoing child exploitation operation, HSI Portland monitors various darkweb sites dedicated to the sexual abuse of children including a site on the dark web[1] (Website A). During this monitoring, HSI Portland Agents, acting in an undercover capacity, identified an individual using the screenname Littlegirllvr69 (SUSPECT USER). The SUSPECT USER holds the rank of Moderator on Website A, however the SUSPECT USER has been observed on other darkweb sites dedicated to the sexual abuse of children since approximately 2021. Law enforcement involved in the investigation of SUSPECT USER estimate that the SUSPECT USER has posted approximately 180 messages and uploaded approximately 1,600 files to Website A during that time period.

### Background on Website A

4. Website A is a Tor hidden service dedicated to the sexual exploitation of children. The true name of Website A is known to law enforcement but redacted here in

---

[1] The dark web is comprised of a variety of networks, such as Tor, that exist on a portion of the internet accessible only through specific software, such as the Tor browser (a legal and publicly available free application). One of the key features of dark web networks like Tor is the anonymity it offers both users of the network and individuals or entities that host sites on the network, which are also referred to as hidden services.   Website A is a Tor hidden service dedicated to the sexual exploitation of children. The true name of Website A is known to law enforcement but redacted here in order to protect the integrity of ongoing international investigation into the users of the site.

order to protect the integrity of an ongoing international investigation into the users of the site. I am familiar with Website A and know that it requires individuals to create a username and password to gain access to the site. New users must choose a unique username; that is, they cannot select a name already in use by another user.[2]

5. Upon logging into Website A users are first directed to read the following[3]:

*You are about to register new account. To prevent misunderstanding, please read below.*

*This is an oldest child pornography community.*

*This website purpose is to serve the paedophile community around the globe. We are not intended to serve people who do not belong to such community, though we'll be happy to welcome you if you wanna join and be part of our forum. We will gladly provide you the best service in this case.*

*After registering, you will need to wait 24 hours before interacting with other people. While read-only period we ask you to please read our rules and get acknowleged with the basics of our community life. It is a good practice to always listen to moderators and follow their recommendations. When the read-only period is over, we encourage you to introduce yourself.*

*Participating in community activities will increase your rank. You may: share content, comment, participate in discussions, help answer questions, help the staff, etc.*

---

[2] In the course of this investigation, I accessed Website A and attempted to register a new user account with the SUSPECT USER name. When I attempted to do so, the website generated a message that informed me that the name was already in use and prevented me from proceeding with the registration.

[3] All italicized portions contained within this application have been directly copied from Website A; all spellings contained therein are reflective of how the post has been captured by law enforcement.

*This is a Community so we encaurage you to be an active member. That is why be informed that all newly registered accounts stays in demo access for 90 days. You should use this time to get familiar with our lands and prove yourself as a valuable member by collecting reputation from sharing your favorite videos, pictures, stories or just by doing nice comments to others. Only after you collect 10 points of reputation (likes) you'll get the approved status and become full member. If you fail to meet such conditions, your account will be automatically suspended and later deleted. That way we are preventing our board from bots and malicious activity.*

*Now, please proceed. We welcome you to our XXXXXXXX[4]  and hope you will become our friend.*

6. Website A contains sections that users can navigate to including, but not limited to: Discussions, Preteen Amateur (3-12), Teen Amateur (13-17), Misc Content, Studio Content, The Arts, Requests, Competitions, XXXX[5] Magazine, Academy, and The Waste Land. There are numerous subcategories under these sections that contain the postings by the users of Website A.

7. A moderator of a darkweb site dedicated to the sexual abuse of children typically is responsible for approving posts of child sexual abuse to the site, approving new guests/members to the site, and enforcing the rules of the site across various sections within the site. The moderators also take part in other various operational duties on the site depending on their relationship with the administrators and technical skill set. From my experience in investigating this form of criminal activity, the role of

---

[4] A unique word describing Website A has been replaced here with "*XXXXXXXX*" to protect the identifiers of Website A.
[5] An acronym for Website A was replaced here with "XXXX" to protect Website A's identifiers.

moderator on these dedicated sites is typically achieved by posting a large number of child sexual abuse material as well as having some technical proficiency that would be of value to the administrators of the site.

8. When a user on Website A creates or submits a post, a "banner" image is included at the bottom of the post and is akin to a signature line. A banner is unique to each user and is customizable by the user.

### SUSPECT USER on Website A

9. A review of the profile page of the SUSPECT USER displayed his title of moderator, a link allowing a user to private message SUSPECT USER, SUSPECT USER's archive password[6] of LittleGirlLvr69@XXX[7], the fact that the user has 38 "Share", 30 "Topics" and 239 "Posts", a statement that says "Banner with the girl of my dreams made by StarTrekVoyager just for me" and a link to his Pretty Good Privacy ("PGP") key.[8] The use of PGP keys among staff members on darkweb sites dedicated to the sexual abuse of children is commonplace. It is understood and accepted that any messages sent without the use of PGP encryption may be read by other members of the staff or law enforcement. Therefore, the use of PGP is highly suggested to all members.

10. SUSPECT USER's banner is a Star Wars themed photo with four (4) images of a prepubescent female in various poses naked. SUSPECT USER's name, LittleGirlLvr69, is in the banner and at the bottom of the banner it states, "little girls make my balls ache – preteen pussy is the best pussy".

---

6 An archived password is used by members to ensure the files, which are hosted utilizing various other file host sites, are only opened by individuals that obtained the password on the darkweb site dedicated to the sexual abuse of children.
7 An acronym for Website A was replaced here with "XXX" to protect the identity of Website A.
8 PGP keys are often used by individuals so that they can send messages to each other taking advantage of the PGP encryption.

11. HSI Portland agents reviewed posts by the SUSPECT USER on Website A and make note below of a portion demonstrating SUSPECT USER's history of use with Website A over time:

LittleGirlLvr69

Dec 13, 2021 22:24 UTC

*Hi I'm Mickey and I'll try not to get banned this time. Guess I crossed a line that I see others do as well, but they are still active members (don't understand that). This is my second attempt at this, so wish me luck everyone! Nice to meet y'all as well!*

*I fully read the rules this time, so no more mistakes*

*Reup requests in the thread will NOT be answered! PM for reup requests only!*

*You must add the captcha characters to the end of all links that I post*

*Profile pic is Olivia from Star Sessions (Set SS005) NO MORE PM'S FOR AVATAR*

*Password for all files: YngPussyLvr*

LittleGirlLvr69

Dec 14, 2021 23:36 UTC

*I uploaded some videos from a banned source or site, that was before I read the rules fully. I apologize. My username was TweenPussyLvr*

*Reup requests in the thread will NOT be answered! PM for reup requests only!*

*You must add the captcha characters to the end of all links that I post*

*Profile pic is Olivia from Star Sessions (Set SS005) NO MORE PM'S FOR AVATAR*

*Password for all files: YngPussyLvr*

LittleGirlLvr69

Dec 14, 2021 13:29 UTC

*Thank you. Wasn't sure where to post that video. I am still new to this. Thank you for*

*your help with this!*

*Reup requests in the thread will NOT be answered! PM for reup requests only!*

*You must add the captcha characters to the end of all links that I post*

*Profile pic is Olivia from Star Sessions (Set SS005) NO MORE PM'S FOR AVATAR*

*Password for all files: YngPussyLvr*

LittleGirlLvr69

Dec 16, 2021 16:38 UTC

*I wish I could find more of her, and in better quality. She was a little shy with the D, but a few more times and I think she could give a nice BJ. If she continued from this video, I think it could be possible. smile*

LittleGirlLvr69

Dec 16, 2021 01:47 UTC

*This blonde is fucking hot, and watching her cum multiple times is even hotter!*

*I will admit, I fapped to this while recoding it. No I don't have self control when it comes to this stuff.*

LittleGirlLvr69

Dec 20, 2021 12:54 UTC

*This young girl is so delectable, and she is just begging to get fucked at a very young age. It's a short video but still a good one, enjoy!*

LittleGirlLvr69

Jan 13, 2022 14:27 UTC

*I did a close up of the screenshot and paused a video from Lily, and they are not the same girl. I mean if it was, this video is when she was really young! Score!*

LittleGirlLvr69

Jan 26, 2022 22:37 UTC

*Hello My name is M and I am new here. Heard a lot about this forum and I'm excited to be a part of it, if I can get approved. Thank you for letting me join and I look forward to wanking uncontrollably! Been a part of the Rindexxx community for a year now, it's time to broaden my horizons and become a part of this family as well!*

LittleGirlLvr69

Jan 27, 2022 06:32 UTC

*You are right, her name is Veronika and she is a LoliPorn star. Over at Rindexx you get banned for sharing content from that site. Not sure how it is here, but I wouldn't go there. There is where I seen the first Gvette videos. But total scam, you have to pay money for the content or download all 1 minute preview vids. It isn't a trusted or verified site.*

LittleGirlLvr69

Jan 29, 2022 00:00 UTC

*This little girl makes me so horny every time that I see her play with herself. She has the cutest face and expressions, Has the nicest, tiny little pussy that I would love to penetrate. Love the way she licks her own titties. She is the symbol of sexy. Plus, she sticks that lint roller very deep into her ass, enough room for an adult cock. I LOVE THIS GIRL!!!*

*Video number three is my fav. I love how she moans when fingering herself. That shit is fucking hot as fuck! Thank you for sharing her with us @Maevouille. You are a saint and a scholar. I would hug you if I could!*

LittleGirlLvr69

Jul 26, 2022 00:00 UTC

*This is from Washing Machine Girls. A very nice collection of videos. I have all of them. If someone wants me to share them. Let me know. Nice video by the way smile*

LittleGirlLvr69

Mar 26, 2023 00:00 UTC

Tags: #Preteen HC Videos#Preteen Hardcore +

*I recently was lucky to find this, roaming around the Dark Net. Not sure if it has been shared or not here, so here it is. The one video, which I have shared the preview, is so fucking hot! She really is in control of the situation. This download contains 12 pictures and 8 videos, which the pics look like screen caps from the videos, but still good. Enjoy!*

LittleGirlLvr69

Feb 24, 2024 21:39 UTC

*For me, it seems like the younger girls (around age 6-14) look at me more, like they know that I am into the younger girls more. I have been into younger girls more now that I have watched CP more and more, but still think older girls and adult women are still sexy! It's just weird, like they know that I am a pedo big_smile fap smile*

LittleGirlLvr69

Feb 29, 2024 01:13 UTC

*Right Click, open page source. Right click got to line 152. highlight link from https//....3D. Right click open link in new tab. If it doesn't automatically download, hit CTRL+Shift+L and the download should start. I hope that this helps you smile yaycool*

LittleGirlLvr69

Feb 29, 2024 21:34 UTC

*This is actually boy content, which goes against the forum rules. I watched every single video in the pack, most are unclear until you get to the last couple videos. Topic*

*closed by LittleGirlLvr69*

*LittleGirlLvr69*

*April 8, 2024*

*Man that is hot as fuck! She was really enjoying all of that! Didn't understand a word that they were saying , but good think they weren't talking much. Also, don't understand whey they were laughing. Maybe they were jealous of not hitting that tight young pussy*

  12. On March 28, 2024, at approximately 4:00 pm (EST) an HSI Portland agent (hereinafter, "the UC") logged into Website A in an undercover capacity from the Portland, Maine field office. Upon entering the site, the UC reviewed the various sections of the site and located a section labeled: The team. Upon clicking on this link, the UC was able to see all of the Website A staff, including SUSPECT USER under the list of Moderators. The UC clicked on the SUSPECT USER's profile and that opened the SUSPECT USER's profile page. The UC then clicked on the link for "share" and all of the child sexual abuse material shared by the SUSPECT USER was listed. These posts do not have exact dates associated with them but rather times relative to when the user is looking at them. For example. 1 day ago, 5 days ago, 1 week ago, 1 month ago etc.

  13. At approximately 4:01 pm (EST) the UC clicked on a link titled *Humping Dora* posted by SUSPECT USER (posted one month ago from March 28, 2024). The post states: *I believe I shared this before, but it was some time ago. She thinks she has a sexy ass, what do you guys think? I can agree that she has a sexy ass and knows how to move it in a sexy way. She is going to be good at that in the future when she takes a dick…enjoy!* The SUSPECT USER provided the link to the child sexual abuse material here: https://pixeldrain.com/api/file/bCXnLp4d

14. The Portland UC executed the link, unzipped the file with the archive password as provided by the SUSPECT USER and viewed the file. The file is described as follows:

    a. Dora the Explorer.mp4: This video is approximately 3 minutes and 59 seconds long. There is an approximately four (4) year old prepubescent female sitting on a bed, the prepubescent female appears to be moving around on the bed at the instructions of an unknown person. The prepubescent female removes her pants and underwear, occasionally talking to the unknown person. The prepubescent female then removes her shirt and lays a stuffed toy under her body and mimics sexual intercourse with the stuffed toy for approximately a minute. The prepubescent female the puts her clothes back on and the video concludes.

        i. A still frame captured from the above-described video file is enclosed as Exhibit 1.

15. At approximately 4:03 pm (EST) the UC clicked on a link titled *Pack of Preten Blowjob Videos* posted by SUSPECT USER (posted one month ago from March 28, 2024). The post states: *Here is an assortment of preteen blow job videos. Some old ones, some of you may or may not have seen. There are a few that I have have seen, and quite a few that I have not seen before. There are some classics, and some new by someones standards. I know that you all are going to enjoy, because I sure have. The live preview is the first video, there are 74 so too many to post for live previews. don't know how to make a collage, so it will be a couple of Pedobum links for all other videos*. The SUSPECT USER provided the links to the child sexual abuse material here:

    https://hexload.com/j9vc0u3rm0s4 , https://hexload.com/nn3n9gmmkbx5 and https://hexload.com/zh65gv0aeuh0

16.     The Portland UC executed the links, unzipped the files with the archive password provided by the SUSPECT USER and viewed the files contained in the folders (there were 151 files total). Two of the files contained in the folder are described as follows:

   a.     IMG_5178.mp4: This video is approximately 3 minutes and 2 seconds in length. The video is of prepubescent female approximately six (6) years old who appears to be kneeling on the floor as an adult male puts his erect penis into the prepubescent female's mouth. The prepubescent female performs oral sex on the adult male for approximately three minutes. The video then concludes.

   b.     VID-20150729-WA0014.mp4: This video is approximately 3 minutes and 25 seconds in length. The video is of prepubescent female approximately four (4) years old who appears to be kneeling on the floor as an adult male puts his erect penis into the prepubescent female's mouth. The prepubescent female performs oral sex on the adult male for approximately three minutes as the adult male occasionally masturbates with his hand. At approximately 3:10 the adult male appears to ejaculate into the prepubescent female's mouth, the video then switches to a view of a prepubescent female naked body (with a focus on the female's vagina) and an adult male masturbating until he ejaculates on to the prepubescent female's vagina. The video then concludes.

### Identification of POSEY

17.     On approximately February 29, 2024, the PGP key provided on the SUSPECT USER's profile page was reviewed using a publicly available technique that allows users to review public details provided when the user established the PGP Key. The result of the query was:

-----BEGIN PGP PUBLIC KEY BLOCK-----

Comment: User-ID:     LittleGirlLvr69 BigManXP@protonmail.com

Comment: Valid from: 2/22/2024 10:32 PM

Comment: Type:        4,096-bit RSA (secret key available)

Comment: Usage:      Signing, Encryption, Certifying User-IDs

Comment: Fingerprint: 166099307A4369E5CCACA9C4ED51DC81A210D1DB

18.  Legal process was served on Protonmail for subscriber details. Protonmail provided the following pertaining to BigManXP@protonmail.com:

User ID: 64352328

Start date : 21.12.2021 07:02:27 (UTC±00:00)

Alternative e-mail address: bidmike15@hotmail.com

19.  Agents are aware that Hotmail is a personal e-mail service offered by Microsoft Corporation. On approximately February 29, 2024, HSI Portland sent legal process to Microsoft for the subscriber details for the email account: bidmike15@hotmail.com.

20.  On approximately March 22, 2024, Microsoft responded with the subscriber details, noting a Michael Posey of Washington state, and provided a date of birth.

21.  A search of law enforcement databases confirmed the identity of POSEY. Agents located a Michael Herbert Posey in Kent, Washington, with the same date of birth as had been provided by Microsoft.

22.  A search of law enforcement databases for "Michael Posey" revealed that his current address is located in the Groves Apartment complex at 10910 SE 238th Street, Apt 2G103, Kent WA 98031. A search of Washington Department of Licensing

(DOL) records revealed POSEY has a valid Washington driver's license that lists the same location as his home address, and that POSEY has a 2019 Chevrolet Impala registered in his name.

23. HSI agents conducted a search of a publicly available social media website and located an account for POSEY that was accessible publicly. The social media site contained multiple photos of an adult male who matched the photo of POSEY's Washington State Driver's license. HSI Portland then concluded that this was / is the social media account for POSEY. Agents further noted that the URL for the social media account contained "bidmike2009". The account also revealed that POSEY states he is currently "single" and has a nine (9) year old daughter and a thirteen (13) year old son. POSEY's profile also states "I'm a guy who likes #StarWars #BackToTheFuture #WWE". Numerous photos of POSEY were located with two minor children that POSEY identified as his children.

24. HSI agents likewise conducted a search of public accounts on a music streaming service and located an account with a display name of Michael Posey. Agents noted the account bore the same profile photo as the other social media account previously discovered. From a review, the username for the music streaming service appeared to be "bidmike15".

25. On April 6, 2024, an administrative subpoena was served to The Groves Apartments at 10811 SE 239th Place, Kent, WA 98031, for information pertaining to the residents staying in apartment 2G103. The same day, The Groves Apartments provided information that a Michael Posey and another adult male are the registered occupants of the apartment. The Groves Apartments further relayed that both individuals had been

residents since approximately June of 2019, and that Michael Posey had a parking permit at the complex for a Chevy Impala.

26. On April 23, 2024, HSI agents applied for and were granted a federal search warrant in the Western District of Washington pertaining to POSEY's residence in Kent, Washington, as well as of POSEY's person.

27. On the morning of April 24, 2024, HSI agents executed the search warrant, and encountered POSEY at his residence.

28. Agents conducted an interview of POSEY with his consent. POSEY was read his rights pursuant to *Miranda*, and agreed to speak with agents. POSEY Signed a statement of rights form consenting to the interview.

29. In the interview, POSEY confirmed that a laptop, thumb drives, and hard drives located inside the apartment were his, and that he was the only one with access to the devices.

30. POSEY further stated that he uses the screen name LittleGirlLvr69 on the dark web forum, Website A. POSEY admitted to agents that he is a moderator on the website and has posted child sexual abuse material to Website A, as well as downloaded child sexual abuse material from Website A to store on devices located within his apartment.

31. POSEY stated to agents he understood that posting to the darkweb would allow others elsewhere to download and save the child sexual abuse materials from the website (Website A).

## CONCLUSION

32. Based on all of the foregoing information, I submit that there is probable cause to believe that between February 1, 2024 and March 15, 2024, POSEY knowingly published a notice and advertisement offering to display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, knowing and having reason to know that such notice and advertisement would be transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including computer, and such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including computer, in violation of 18 U.S.C. § 2251(d).

Special Agent Gregory Squire
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Apr 24 2024

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf,  U.S. Magistrate Judge
Printed name and title